**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

CARLOS QUILES,                          : No. 85 EM 2015
                                        :
                    Petitioner          :
                                        :
                                        :
                                        :
            v.                          :
                                        :
                                        :
                                        :
COURT OF COMMON OF PLEAS                :
PHILADELPHIA COUNTY,                    :
                                        :
                    Respondent          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of September, 2015, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED**. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (stating that hybrid representation is not permitted). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.